|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>October 11, 2024<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY CARTER,<br><br>　　　　Defendant. | Case No. 2:24-cr-00242-DAD<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  **ANTHONY CARTER** , Case No. 2:24-cr-00267-TLN-2 , Charge 18 U.S.C. § 922(g), from custody for the following reasons:

　　　___　Release on Personal Recognizance

　　　___　Bail Posted in the Sum of $ _____

　　　_x_　Unsecured Appearance Bond $   20,000.00

　　　___　Appearance Bond with 10% Deposit

　　　___　Appearance Bond with Surety

　　　___　Corporate Surety Bail Bond

　　　_x_　(Other):  Release delayed until 10/15/2024 at 9:00 AM with terms of release, and thereafter, must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on October 11, 2024, at  3:30 PM.

_/s/ Sean Riordan_
**SEAN C. RIORDAN**
UNITED STATES MAGISTRATE JUDGE