PHILLIP A. TALBERT
United States Attorney
ZULKAR KHAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00242-DAD |
|---|---|
| Plaintiff, | STIPULATIONS REGARDNG EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ANTHONY CARTER and ISAIAH ROWLAND, | DATE: January 6, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 6, 2025.

2. By this stipulation, defendants now move to continue the status conference until March 3, 2025, and to exclude time between January 6, 2025, and March 3, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form includes over 500 pages of documents, numerous photographs, and multiple video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1         b)      Counsel for defendants desire additional time to consult with their clients, review
2 the current charges, conduct investigation and research related to the charge, review and copy
3 discovery for this matter, discuss potential resolutions with their clients, and otherwise prepare
4 for trial.
5         c)      Counsel for defendants believe that failure to grant the above-requested
6 continuance would deny them the reasonable time necessary for effective preparation, taking into
7 account the exercise of due diligence.
8         d)      The government does not object to the continuance.
9         e)      Based on the above-stated findings, the ends of justice served by continuing the
10 case as requested outweigh the interest of the public and the defendant in a trial within the
11 original date prescribed by the Speedy Trial Act.
12         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
13 et seq., within which trial must commence, the time period of January 6, 2025 to March 3, 2025,
14 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
15 because it results from a continuance granted by the Court at defendants' request on the basis of
16 the Court's finding that the ends of justice served by taking such action outweigh the best interest
17 of the public and the defendant in a speedy trial.

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 31, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ZULKAR KHAN
ZULKAR KHAN
Assistant United States Attorney

Dated:  December 31, 2024

/s/ ANDREW FRANCISCO
ANDERW FRANCISCO
Counsel for Defendant
ANTHONY CARTER

Dated:  December 31, 2024

/s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
ISAIAH ROWLAND

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference scheduled for January 6, 2025 is continued to March 3, 2025, at 9:30 a.m. and time is excluded between January 6, 2025, and March 3, 2025, under Local Code T4.

IT IS SO ORDERED.

Dated:  **January 2, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE