1  MICHELE BECKWITH
   Acting United States Attorney
2  ZULKAR KHAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5

   Attorneys for Plaintiff
6  United States of America

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO. 2:24-CR-00242-DC
12 |                         Plaintiff, | STIPULATIONS REGARDNG EXCLUDABLE
   |                                    | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |              v.                    | [PROPOSED] FINDINGS AND ORDER
14 | ANTHONY CARTER and ISAIAH          | DATE: May 9, 2025
   | ROWLAND,                           | TIME: 9:30 a.m.
15 |                                    | COURT: Hon. Dena Coggins
   |                         Defendant. |
16

17

18                                **STIPULATION**

19      Plaintiff United States of America, by and through its counsel of record, and defendants, by and

20 through defendants' counsel of record, hereby stipulate as follows:

21      1.     By previous order, this matter was set for status on May 5, 2025 for defendant Anthony

22 Carter, and on May 12, 2025 for defendant Isaiah Rowland. ECF Nos. 63, 69.

23      2.     By previous order, the matter was reassigned from District Judge Dale A. Drozd to

24 District Judge Dena Coggins. ECF No. 73.

25      3.     By this stipulation, defendants now move to set the status conference before Judge

26 Coggins on May 9, 2025, and to exclude time between today, April 25, 2025, and May 9, 2025, under

27 Local Code T4.

28      4.     The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form includes over 500 pages of documents, numerous photographs, and multiple video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendants desire additional time to consult with their clients, review the current charges, conduct investigation and research related to the charge, review and copy discovery for this matter, discuss potential resolutions with their clients, and otherwise prepare for trial.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of today, April 24, 2025 to May 9, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 25, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ZULKAR KHAN
ZULKAR KHAN
Assistant United States Attorney

Dated: April 25, 2025

/s/ MIA CRAGER
MIA CRAGER
Counsel for Defendant
ANTHONY CARTER

Dated: April 25, 2025

/s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
ISAIAH ROWLAND

**ORDER**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation. Accordingly, the Status Conference as to Defendant Anthony Carter scheduled for May 5, 2025, before the Honorable Dale A. Drozd, and the Status Conference as to Defendant Isaiah Rowland scheduled for May 12, 2025, before the Honorable Dale A. Drozd are VACATED and RESET for May 9, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between April 25, 2025, and May 9, 2025, inclusive, is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the court at Defendants' request on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **April 28, 2025**

Dena Coggins
United States District Judge