DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Isaiah Rowland

Attorney for Defendant
ISAIAH ROWLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-CR-242-DC |
| Plaintiff, | **SEALING ORDER** |
| vs. | JUDGE: Hon. Dena M. Coggins |
| ISAIAH ROWLAND, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Request to Seal Mr. Rowland's Mitigation Report is GRANTED so that personal information in the report is not available on the public docket. The Request and Mitigation Report shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

DATED: September 19, 2025

_____
Dena M. Coggins
United States District Judge