1  ERIC GRANT
   United States Attorney
2  ZULKAR KHAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:24-CR-00242-DC

12                  Plaintiff,             ORDER SEALING DOCUMENTS AS SET FORTH
                                           IN UNITED STATES'S NOTICE
13          v.

14  ISAIAH ROWLAND,

15                  Defendant.

16

17          Pursuant to Local Rule 141(b) and based upon the representations contained in the United

18  States's Request to Seal and the factors set forth in *In Re Copley Press, Inc.*, 518 F.3d 1022, 1028 (9th

19  Cir. 2008), IT IS HEREBY ORDERED that the three-page document pertaining to defendant Isaiah

20  Rowland, and United States's Request to Seal shall be SEALED until further order of this Court.

21          It is further ordered that access to the sealed documents shall be limited to the United States and

22  counsel for the defendant.

23

24  Dated: 9/19/25                         _____
                                           THE HONORABLE DENA COGGINS
25                                         UNITED STATES DISTRICT JUDGE

26

27

28

ORDER SEALING DOCUMENTS AS SET FORTH IN              1
UNITED STATES'S NOTICE