**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE DENA M. COGGINS**


UNITED STATES OF AMERICA,          No. 2:24-CR-00242-DC

          Plaintiff,

     v.                            **MINUTES**

ANTHONY CARTER,                    Date: May 12, 2026
                                   Deputy Clerk: J. Wood
          Defendant.               Court Reporter: Abigail Torres
_____/


**Counsel for the United States of America**:
Zulkar Khan, Assistant U.S. Attorney
Caily Nelson, Assistant U.S. Attorney
(Assisted by Support Staff, Hector Lopez and Ryan Oliver)

**Counsel for the Defendant**:
Mia Crager, Assistant Federal Defender
Meghan McLoughlin, Assistant Federal Defender
(Assisted by Support Staff, Mark Lie and Laticia Zaffa)


**JURY TRIAL (Day 1)**:

  10:40 a.m.  All parties present as noted above. The
              Government's Case Agent, Ryan Oliver, present.
              Defendant present, out of custody. Outside the
              presence of the Jurors, the court and counsel
              discussed matters related to trial.

  11:12 a.m.  All parties excused for a break.

  11:51 a.m.  Court back in session. All parties present outside
              the presence of the Jurors. The court and counsel
              discussed matters related to trial.

12:40 p.m.    Jury present. Mr. Khan moved unopposed exhibits into the record and requested the court read the parties' Stipulation into the record. The court read to the Jury, as modified, the parties' Stipulations filed at document numbers 1.1 and 1.2.

12:46 p.m.    Government rested.

12:47 p.m.    The court gave final instructions to the Jury.

1:03 p.m.     All parties excused for a break.

1:33 p.m.     Court back in session. All parties present. Mr. Khan presented the Government's closing arguments.

1:55 p.m.     Ms. Crager presented the Defendant's closing arguments.

2:16 p.m.     Ms. Nelson presented the Government's rebuttal closing arguments.

2:30 p.m.     All parties excused pending deliberations.

2:54 p.m.     Jury Note received.

3:17 p.m.     Court back in session. All parties present. The court and counsel discussed the Jury Note received at 2:54 p.m.

3:18 p.m.     Jury present. The Jury confirmed they reached an unanimous Verdict. The Verdict was published. The court determined that an unanimous Verdict had been reached. The Jury found the Defendant, Anthony Carter, guilty as charged in Count 1 of the Indictment.

3:20 p.m.     The court thanked and excused the Jury. The matter was REFERRED to Probation for preparation of a Presentence Investigation Report. A Sentencing Hearing was set for September 25, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The court heard further argument as to the Government's oral motion for remand. For the reasons as stated on the record, the Defendant to remain out of custody pending sentencing.

3:21 p.m.     Court adjourned

**ADMITTED EXHIBITS**:

Government's 1.1 and 1.2

**TIME IN COURT**: 2 Hours, 49 Minutes