**FILED**
July 21, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY CARTER,

Defendant.

Case No. 2:24-cr-00242-DC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ANTHONY CARTER, Case No. 2:24-cr-00242-DC, Charge 18 USC § 922(g)(1), from custody for the following reasons:

X Release on Personal Recognizance

____ Bail Posted in the Sum of $ ____

____ Unsecured Appearance Bond $ ____

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

____ (Other):

____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on July 21, 2026 at 3:50 PM.

By: [signature]
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE