HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
MEGHAN McLOUGHLIN, #354051
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ANTHONY CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANTHONY CARTER,<br>Defendant. | Case No. 2:24-cr-00242-DC-1<br>**SEALING ORDER**<br>Judge: Hon. Dena M. Coggins |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibits A and B of Mr. Cater's Sentencing Memo be granted so that sensitive and private information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated: **September 17, 2026**

Dena Coggins
United States District Judge