HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710

Attorneys for Defendant
ANTHONY CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CARTER,<br><br>Defendant. | Case No. 2:24-cr-00242-DC-1<br><br>**STIPULATION AND ORDER TO CONTINUE SELF-SURRENDER DATE**<br><br>Judge: Hon. Dena M. Coggins |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Jason Hitt, Assistant United States Attorney, attorneys for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender, Mia Crager, attorneys for Anthony Carter, that the self-surrender date set for November 5, 2026 be continued to November 19, 2026 by 12:00 p.m. The reason for extending the self-surrender date is that defendant's pending state court case was continued one week to November 9, 2026. The parties request a modest extension of the surrender date to allow the state case to be resolved before he enters federal custody. Mr. Carter has been designated to FCI Mendota located at 33500 W California Ave, Mendota, CA, for a 12-month and one day sentence.

///

///

Respectfully submitted,

Date: November 3, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for ANTHONY CARTER

Dated: November 3, 2026

ERIC GRANT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, as to Anthony Carter, the court, having received, read and considered the parties' stipulation filed on November 3, 2026 (Doc. No. 196), and good cause appearing therefrom, GRANTS the request. Accordingly, Defendant's self-surrender date set for November 5, 2026, is CONTINUED to November 19, 2026, by 12:00 p.m.

IT IS SO ORDERED.

Dated: **November 3, 2026**

Dena Coggins
United States District Judge