HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ANTHONY CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANTHONY CARTER,<br>Defendant. | Case No. 2:24-cr-00242-DC-1<br>**STIPULATION AND ORDER TO CONTINUE SELF-SURRENDER DATE**<br>JUDGE: Hon. Dena M. Coggins |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney, Eric Grant, through Assistant United States Attorney Jason Hitt, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, attorney for defendant Anthony Carter, that the previously scheduled self-surrender date set for November 19, 2026 be extended to **November 27, 2026**, by 12:00 p.m. The reason for the continuance is to allow for the defendant's state case to be resolved before he enters federal custody. The trial in that matter was supposed to begin today but defense counsel in this matter was notified that trial could not begin due to there being no court reporters available. Mr. Carter has been designated to FCI Mendota located at 33500 W California Ave, Mendota, CA, for a 12-month and one day sentence.

///

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 16, 2026

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
ANTHONY CARTER

Date: November 16, 2026

ERIC GRANT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant U.S. Attorneys
Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, as to Anthony Carter, the court, having received, read and considered the parties' stipulation filed on November 16, 2026, and good cause appearing therefrom, GRANTS the request. Accordingly, Defendant's self-surrender date set for November 19, 2026, is CONTINUED to November 27, 2026 by 12:00 p.m.

IT IS SO ORDERED.

Dated: **November 16, 2026**

Dena Coggins
United States District Judge