HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ANTHONY CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CARTER,<br><br>Defendant. | Case No. 2:24-cr-00242-DC-1<br><br>**STIPULATION AND ORDER TO CONTINUE SELF-SURRENDER DATE TO NOVEMBER 30, 2026**<br><br>JUDGE: Hon. Dena M. Coggins |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney, Eric Grant, through Assistant United States Attorney Jason Hitt, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, attorney for defendant Anthony Carter, that the previously scheduled self-surrender date set for November 27, 2026 be extended to **November 30, 2026**, by 12:00 p.m. The reason for the continuance is that Pretrial Services alerted the defense that the courthouse will be closed on November 27, and as such Mr. Carter would not be able to return his ankle monitor that day. Pretrial Services requested that the self-surrender date be continued to Monday November 30 so that Mr. Carter can more easily return his ankle monitor. Mr. Carter has been designated to FCI Mendota located at 33500 W California Ave, Mendota, CA, for a 12-month and one day sentence.

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 24, 2026

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
ANTHONY CARTER

Date: November 24, 2026

ERIC GRANT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant U.S. Attorneys
Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, as to Anthony Carter, the court, having received, read and considered the parties' stipulation filed on November 24, 2026 (Doc. No. 201), and good cause appearing therefrom, GRANTS the request. Accordingly, Defendant's self-surrender date set for November 27, 2026, is CONTINUED to November 30, 2026 by 12:00 p.m.

IT IS SO ORDERED.

Dated: **November 25, 2026**

Dena Coggins
United States District Judge